**Exhibit A**

**19SL-CC01849**

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| **KYLE WILSON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No: |
| vs. | ) | |
| | ) | Division: |
| **THE BOEING COMPANY**, a corporation, | ) | |
| d/b/a Boeing Defense Space & Security | ) | **PRODUCTS LIABILITY/STRICT** |
| **Serve:** Registered Agent | ) | **LIABILITY/NEGLIGENCE** |
| CSC – Lawyers Incorporating | ) | |
| Service Company | ) | **JURY TRIAL DEMANDED** |
| 221 Bolivar Street | ) | |
| Jefferson City, MO 65101 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| **BOEING AEROSPACE OPERATIONS,** | ) | |
| **INC.**, a corporation, d/b/a Boeing Defense | ) | |
| Space & Security | ) | |
| **Serve:** Registered Agent | ) | |
| CSC – Lawyers Incorporating | ) | |
| Service Company | ) | |
| 221 Bolivar Street | ) | |
| Jefferson City, MO 65101 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| **BOEING DEFENSE SPACE &** | ) | |
| **SECURITY**, a corporation f/k/a Boeing | ) | |
| Integrated Defense Systems | ) | |
| **Serve:** Office Agent or Managing Agent | ) | |
| 8900 Frost Ave #248 | ) | |
| Berkeley, MO 63134 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| **COBHAM ADVANCED ELECTRONIC** | ) | |
| **SOLUTIONS, INC.**, a corporation, d/b/a | ) | |
| Cobham Mission Systems d/b/a Carleton | ) | |
| Life Support Systems, Inc. d/b/a Cobham | ) | |
| Life Support | ) | |
| **Serve:** Registered Agent | ) | |
| CSC – Lawyers Incorporating | ) | |

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

Service Company                          )
221 Bolivar Street                        )
Jefferson City, MO 65101            )
                                                     )
And                                               )
                                                     )
**CARLETON LIFE SUPPORT**      )
**SYSTEMS INC.**, a corporation, d/b/a  )
Cobham Mission Systems               )
**Serve:** Registered Agent              )
          Corporate Service Company   )
          505 5th Avenue, Ste. 729    )
          Des Moines, IA 50309          )
                                                     )
And                                               )
                                                     )
**COBHAM MANAGEMENT SERVICES** )
**INC.**, a corporation, d/b/a Cobham Mission )
Systems d/b/a Carleton Life Support  )
Systems, Inc. d/b/a Cobham Life Support )
**Serve:** Registered Agent              )
          CSC – Lawyers Incorporating  )
          Service Company                )
          221 Bolivar Street              )
          Jefferson City, MO 65101     )
                                                     )
And                                               )
                                                     )
**CARLETON TECHNOLOGIES, INC.,**  )
d/b/a Cobham Mission Systems        )
**Serve:** Registered Agent              )
          C/O Corporation Service Company )
          80 State Street                    )
          Albany, NY 12207-2543      )
                                                     )
Defendants.                                   )

## PETITION

COMES NOW plaintiff Kyle Wilson and for his cause of action herein against

defendants, and each of them, states as follows:

## PARTIES

2

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

1.      That plaintiff Kyle Wilson is a United States Navy pilot currently residing in California and who was first injured outside the State of Missouri as a result of tortious conduct which occurred in St. Louis County, MO.

2.      That defendant The Boeing Company has its principal place of business in the State of Missouri, and further conducts and transacts business as Boeing Defense Space & Security located in St. Louis County, Missouri; that at all times relevant to this cause of action, defendant The Boeing Company was in the business of the design, manufacture, distribution, marketing and sale of aircraft, including but not limited to the F/A-18 E Super Hornet, and in the regular course of its business designed, manufactured, assembled, marketed, distributed and sold the aircraft at issue herein; that at all times mentioned herein, defendant The Boeing Company was operating by and through its agents, servants, and employees, acting within the scope and course of their agency and/or employment.

3.      That defendant Boeing Aerospace Operations, Inc., has its principal place of business in the State of Missouri, and further conducts and transacts business as Boeing Defense Space & Security located in St. Louis County, Missouri; that at all times relevant to this cause of action, defendant Boeing Aerospace Operations, Inc., was in the business of the design, manufacture, marketing, distribution and sale of aircraft, including but not limited to the F/A-18 E Super Hornet, and in the regular course of its business designed, manufactured, assembled, marketed, distributed and sold the aircraft at issue herein; that at all times mentioned herein, defendant Boeing Aerospace Operations, Inc., was operating by and through its agents, servants, and employees, acting within the scope and course of their agency and/or employment.

4.      That defendant Boeing Defense Space & Security has its principal place of business in St. Louis County, Missouri and is a wholly owned subsidiary and/or division of

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

defendants The Boeing Company and Boeing Aerospace Operations, Inc.; that at all times relevant to this cause of action, defendant Boeing Defense Space & Security, was in the business of the design, manufacture, marketing, assembly, distribution and sale of aircraft, including but not limited to the F/A-18 E Super Hornet, and in the regular course of its business designed, manufactured, assembled, marketed, distributed and sold the aircraft at issue herein; that at all times mentioned herein, defendant Boeing Defense Space & Security, was operating by and through its agents, servants, and employees, acting within the scope and course of their agency and/or employment.

5.      That at all times relevant herein, defendants The Boeing Company, Boeing Defense Space & Security, and Boeing Aerospace Operations, Inc. (hereinafter collectively "Boeing Defendants") were agents, servants, and employees of one another, acting within the scope and course of their agency and/or employment.

6.      That Defendant Cobham Advanced Electronic Solutions, Inc., is a foreign corporation further doing and conducting business as Cobham Mission Systems, Carleton Life Support Systems, Inc., and Cobham Life Support, and is authorized to do business in the State of Missouri, and conducts business in the State of Missouri; that at all times relevant to this cause of action, this defendant was in the business of the design, manufacture, marketing, distribution and sale of On-Board Oxygen Generating Systems (OBOGS) and in the regular course of its business designed, manufactured, marketed, distributed and/or sold the OBOGS system for the aircraft at issue herein; that at all times mentioned herein, this defendant was operating by and through its agents, servants, and employees, acting within the scope and course of their agency and/or employment.

4

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

7.      That Defendant Carleton Life Support Systems Inc., is a foreign corporation further doing and conducting business as Cobham Mission Systems and is authorized to do business in the State of Missouri, and conducts business in the State of Missouri; that at all times relevant to this cause of action, this defendant was in the business of the design, manufacture, marketing, distribution and sale of On-Board Oxygen Generating Systems (OBOGS) and in the regular course of its business designed, manufactured, marketed, distributed and/or sold the OBOGS system for the aircraft at issue herein; that at all times mentioned herein, this defendant was operating by and through its agents, servants, and employees, acting within the scope and course of their agency and/or employment.

8.      That Defendant Cobham Management Services Inc., is a foreign corporation further doing and conducting business as Cobham Mission Systems, Carleton Life Support Systems, Inc., and Cobham Life Support, and is authorized to do business in the State of Missouri, and conducts business in the State of Missouri; that at all times relevant to this cause of action, this defendant was in the business of the design, manufacture, marketing, distribution and sale of On-Board Oxygen Generating Systems (OBOGS) and in the regular course of its business designed, manufactured, distributed and/or sold the OBOGS system for the aircraft at issue herein; that at all times mentioned herein, this defendant was operating by and through its agents, servants, and employees, acting within the scope and course of their agency and/or employment.

9.      That Defendant Carleton Technologies, Inc., is a foreign corporation further doing and conducting business as Cobham Mission Systems and is authorized to do business in the State of Missouri, and conducts business in the State of Missouri; that at all times relevant to this cause of action, this defendant was in the business of the design, manufacture, marketing, distribution and sale of On-Board Oxygen Generating Systems (OBOGS) and in the regular

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

course of its business designed, manufactured, marketed, distributed and/or sold the OBOGS system for the aircraft at issue herein; that at all times mentioned herein, this defendant was operating by and through its agents, servants, and employees, acting within the scope and course of their agency and/or employment.

10.     That at all times relevant herein, defendants Cobham Advanced Electronic Solutions, Inc., Carleton Life Support Systems Inc., Cobham Management Services Inc., and Carleton Technologies, Inc.  (hereinafter collectively "Cobham Defendants") were agents, servants, and employees of one another, acting within the scope and course of their agency and/or employment.

11.     That at all times relevant herein, Boeing Defendants and Cobham Defendants were agents, servants, and employees of each other, operating within the scope and course of their agency and/or employment.

12.     That venue is proper in St. Louis County, Missouri because the principal places of business of Boeing Defendants are located in St. Louis County, MO; that tortious conduct occurred in St. Louis County, Missouri; that at all relevant times, defendants, and each of them, committed tortious acts within the State of Missouri and transacted business within the State of Missouri for which this cause of action arises; and that defendant Boeing Defense Space & Security's agent for service of process is located in St. Louis County, Missouri pursuant to Section 508.010.5(1) Missouri Revised Statutes.

<u>FACTS COMMON TO ALL COUNTS</u>

13.     That plaintiff restates, realleges and incorporates by reference all the allegations in paragraphs one through twelve of this Petition.

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

14.     That on or about May 6 and 7, 2013, plaintiff was operating Boeing Defendants'
F/A-18 E Super Hornet aircraft in a reasonably anticipated manner from a United States Naval
base in the State of Nevada when he was caused to suffer hypoxia, carbon monoxide exposure,
and exposure to other contaminants, while in flight resulting in severe and permanent injuries.

15.     That at all relevant times, the Boeing Defendants' F/A 18 E Super Hornet aircraft
at issue herein, was designed, manufactured, assembled, marketed, distributed and/or sold by
Boeing Defendants exclusively at said defendants' Defense Space & Security headquarters
facility in St. Louis County where said defendants employ over 14,000 people; and where said
defendants have exclusively designed, manufactured, marketed, assembled, distributed, sold,
maintained, modified, and upgraded the F/A 18 E Super Hornet model aircraft for over 20 years.

16.     That at all relevant times, the OBOGS system, which included, but not limited to,
oxygen concentrator, oxygen regulator, system alarms, and oxygen monitor, on the F/A-18 E
Super Hornet at issue herein was designed, manufactured, marketed, distributed and sold by the
Cobham Defendants; that said defendants manufactured the OBOGS system at issue herein in or
about the year 2011 and sold said OBOGS system to Boeing Defendants in Missouri; that the
OBOGS system at issue herein was installed and assembled by defendants, and each of them, in
the F/A-18 E Super Hornet aircraft at issue herein at Boeing Defendants' facility in St. Louis
County, MO.

17.     That plaintiff's aforesaid hypoxia and exposure to carbon monoxide and other
contaminants on May 6 and 7, 2013, resulted in permanent brain injury and was caused by the
defective condition of F/A-18 E Super Hornet aircraft at issue herein, and its component parts
which includes the aforesaid OBOGS system at issue herein.

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

18.     That as a direct result or direct contributing result of the acts and/or conduct of defendants, and each of them, as aforesaid, plaintiff was caused to suffer pain, suffering, embarrassment, inconvenience, loss of flight status, lost job opportunities, lost earning capacity from his gainful employment in reasonable sums, and brain injury; that plaintiff's injuries are permanent; that plaintiff was caused to  undergo necessary and extensive hospital, medical, therapeutic care, treatment, and rehabilitation, and will continue to undergo same in the future, and has incurred substantial expenses, in reasonable true value amounts, for said hospital, medical, therapeutic care, treatment, and rehabilitation and will continue to incur such expenses in the future; that the injuries and damages of the plaintiff are in excess of Twenty Five Thousand Dollars ($25,000.00).

19.     That by reason of combined acts and or conduct of defendants, and each of them, aforesaid, which was outrageous and showed complete indifference to and/or conscious disregard for the safety of plaintiff and others, and punitive damages should be awarded in such sum as will serve to punish defendants, and each of them, and deter defendants and others from like conduct in the future; that plaintiff is entitled to recover punitive damages.

20.     That plaintiff is entitled to prejudgment interest.

<u>COUNT I – NEGLIGENCE</u>

Comes now plaintiff and for his cause of action against the defendants, and each of them, state:

21.     That plaintiff restates, realleges and incorporates by reference all the allegations in paragraphs one through twenty of this Petition.

22.     That defendants, and each of them, were negligent in the manufacture, design, sale, distribution, installation, assembly, maintenance, service, testing, marketing and instruction

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

of the aforesaid F/A-18 E Super Hornet and OBOGS system at issue herein; that the aforesaid negligence of defendants, and each of them, combined, concurred, and contributed directly and proximately to cause injuries and damages to plaintiff.

WHEREFORE, plaintiff prays for judgment, in favor of plaintiff and against defendants, and each of them, for compensatory damages in an amount that is fair and just, for punitive damages, for prejudgment interest, for his court costs, and for such other relief this Court deems just and proper.

## COUNT II – STRICT LIABILITY PRODUCT DEFECT

Comes now plaintiff and for his cause of action against the defendants, and each of them, state:

23.     That plaintiff restates, realleges and incorporates by reference all the allegations in paragraphs one through twenty-two of this Petition.

24.     That at the time defendants, and each of them, designed, manufactured, distributed, installed, assembled, marketed and sold the aforesaid F/A-18 E Super Hornet and OBOGS system at issue herein, said products were then in a defective condition unreasonably dangerous when put to a reasonably anticipated use, and plaintiff was damaged as a direct result or direct contributing result of such defective condition as existed when the aforesaid products were sold.

25.     That the aforesaid conduct of defendants, and each of them, combined, concurred, and contributed directly and proximately, and joint and severally, to cause plaintiff's injuries and damages.

WHEREFORE, plaintiff prays for judgment, in favor of plaintiff and against defendants, and each of them, for compensatory damages in an amount that is fair and just, for punitive

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

damages, for prejudgment interest, for his court costs, and for such other relief this Court deems just and proper.

<u>COUNT III – STRICT LIABILITY FAILURE TO WARN</u>

Comes now plaintiff and for his cause of action against the defendants, and each of them, state:

26.    That plaintiff restates, realleges and incorporates by reference all the allegations in paragraphs one through twenty-five of this Petition.

27.    That at the time defendants, and each of them, designed, manufactured, distributed, installed, assembled, marketed and sold the aforesaid F/A-18 E Super Hornet and OBOGS system at issue herein, said products were then in a defective condition unreasonably dangerous when put to a reasonably anticipated use without knowledge of its characteristics, and defendants, and each of them, did not give adequate warning of the danger, and as a direct result or direct contributing result of the aforesaid products being sold without adequate warning, plaintiff suffered injuries and damages.

28.    That the aforesaid conduct of defendants, and each of them, combined, concurred, and contributed directly and proximately, and joint and severally, to cause plaintiff's injuries and damages.

WHEREFORE, plaintiff prays for judgment, in favor of plaintiff and against defendants, and each of them, for compensatory damages in an amount that is fair and just, for punitive damages, for prejudgment interest, for his court costs, and for such other relief this Court deems just and proper.

<u>COUNT IV - PRODUCT LIABILITY, NEGLIGENT MANUFACTURE, DESIGN, WARN</u>

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

Comes now plaintiff and for his cause of action against the defendants, and each of them, state:

29.   That plaintiff restates, realleges and incorporates by reference all the allegations in paragraphs one through twenty-eight of this Petition.

30.   That defendants, and each of them, failed to use ordinary care to either manufacture or design the aforesaid F/A-18 E Super Hornet and OBOGS system at issue herein to be reasonably safe or to adequately warn of the risk of harm from carbon monoxide poisoning, oxygen deprivation, and exposure to contaminants while in flight, and as a direct result or direct contributing result of such failure, plaintiff suffered injuries and damages.

31.   That the aforesaid conduct of defendants, and each of them, combined, concurred, and contributed directly and proximately, and joint and severally, to cause plaintiff's injuries and damages.

WHEREFORE, plaintiff prays for judgment, in favor of plaintiff and against defendants, and each of them, for compensatory damages in an amount that is fair and just, for punitive damages, for prejudgment interest, for his court costs, and for such other relief this Court deems just and proper.

DONALD L. SCHLAPPRIZZI, P.C.

*/s/ Craig Anthony Schlapprizzi*
By: Craig Anthony Schlapprizzi, #62309
Donald L. Schlapprizzi, #17328
211 N. Broadway, Suite 2430
St. Louis, Missouri  63102
(314) 241-0763
(314) 241-0787 (fax)
craig@schlapprizzipc.com
don@schlapprizzipc.com
*ATTORNEYS FOR PLAINTIFFS*

11

**19SL-CC01849**

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

_Kyle Wilson_
**Plaintiff/Petitioner**

May 6, 2019
Date

vs.

_The Boeing Company, et al_
**Defendant/Respondent**

Case Number

Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  _plaintiff Kyle Wilson_                                                , pursuant
                                            Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
_Albany County Sheriff, 16 Eagle Street, Rm 79, Albany, NY 12207_                518-487-5400
Name of Process Server                              Address                                                Telephone

Name of Process Server                              Address or in the Alternative                          Telephone

Name of Process Server                              Address or in the Alternative                          Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                                          SERVE:
_Carleton Technologies, Inc. C/O: Corporation Service Company_
Name                                                            Name
_80 State Street_
Address                                                         Address
_Albany, NY 12207-2543_
City/State/Zip                                                  City/State/Zip

SERVE:                                                          SERVE:

Name                                                            Name

Address                                                         Address

City/State/Zip                                                  City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk                               _/s/ Craig Anthony Schlapprizzi_
                                                                Signature of Attorney/Plaintiff/Petitioner
                                                                _62309_
By                                                              Bar No.
                                                                _211 N. Broadway, Suite 2430, St. Louis, MO 63102_
Deputy Clerk                                                    Address
                                                                _(314) 241-0763_            _(314) 241-0787_
                                                                Phone No.                   Fax No.
Date

CCADM62-WS    Rev. 08/16

**19SL-CC01849**

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

**In the**

# CIRCUIT COURT
## Of St. Louis County, Missouri

┌                    ┐

For File Stamp Only

Kyle Wilson
**Plaintiff/Petitioner**

May 6, 2019
Date

vs.

Case Number

The Boeing Company, et al
**Defendant/Respondent**

Division

└                    ┘

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  plaintiff Kyle Wilson                                   , pursuant

                        Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Albany County Sheriff, 16 Eagle Street, Rm 79, Albany, NY 12207                518-487-5400
Name of Process Server                          Address                                                    Telephone

Name of Process Server                          Address or in the Alternative                              Telephone

Name of Process Server                          Address or in the Alternative                              Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                          SERVE:

Carleton Technologies, Inc. C/O: Corporation Service Company
Name                                            Name

80 State Street
Address                                         Address

Albany, NY 12207-2543
City/State/Zip                                  City/State/Zip

SERVE:                                          SERVE:

Name                                            Name

Address                                         Address

City/State/Zip                                  City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk                /s/ Craig Anthony Schlapprizzi
                                                Signature of Attorney/Plaintiff/Petitioner
                                                62309
                                                Bar No.
By  /s/ HEATHER BONETTI                          211 N. Broadway, Suite 2430, St. Louis, MO 63102
      Deputy Clerk                              Address
              05-10-2019                         (314) 241-0763          (314) 241-0787
                                                Phone No.                Fax No.
Date

CCADM62-WS    Rev. 08/16

**19SL-CC01849**

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

_Kyle Wilson_
**Plaintiff/Petitioner**

vs.

_The Boeing Company, et al_
**Defendant/Respondent**

May 6, 2019
**Date**

**Case Number**

**Division**

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now _plaintiff Kyle Wilson_____, pursuant
                    **Requesting Party**
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
_Mark Smith of Markell & Associates, 2300 West Port Plaza Dr, Ste 202, St. Louis, MO 63146  314-469-5555_
**Name of Process Server**            **Address**                              **Telephone**

**Name of Process Server**            **Address or in the Alternative**            **Telephone**

**Name of Process Server**            **Address or in the Alternative**            **Telephone**

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

**SERVE:**
Boeing Defense Space & Security, R/A: Office Agent or Managing Agent
**Name**
_8900 Frost Ave # 248_
**Address**
_Berkeley, MO 63134_
**City/State/Zip**

**SERVE:**
**Name**
**Address**
**City/State/Zip**

**SERVE:**
**Name**
**Address**
**City/State/Zip**

**SERVE:**
**Name**
**Address**
**City/State/Zip**

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By _____
     Deputy Clerk

_____
**Date**

_/s/ Craig Anthony Schlapprizzi_
Signature of Attorney/Plaintiff/Petitioner
_62309_
Bar No.
_211 N. Broadway, Suite 2430, St. Louis, MO 63102_
Address
_(314) 241-0763_      _(314) 241-0787_
Phone No.                    Fax No.

CCADM62-WS   Rev. 08/16

**19SL-CC01849**

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

_Kyle Wilson_
**Plaintiff/Petitioner**

May 6, 2019
Date

vs.

Case Number

_The Boeing Company, et al_
**Defendant/Respondent**

Division

For File Stamp Only

---

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now _plaintiff Kyle Wilson_                                  , pursuant
                          **Requesting Party**
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
_Mark Smith of Markell & Associates, 2300 West Port Plaza Dr, Ste 202, St. Louis, MO 63146  314-469-5555_
Name of Process Server                              Address                                   Telephone

Name of Process Server                              Address or in the Alternative             Telephone

Name of Process Server                              Address or in the Alternative             Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                              SERVE:
Boeing Defense Space & Security, R/A: Office Agent or Managing Agent
Name                                               Name
_8900 Frost Ave # 248_
Address                                            Address
_Berkeley, MO 63134_
City/State/Zip                                     City/State/Zip

SERVE:                                              SERVE:

Name                                               Name

Address                                            Address

City/State/Zip                                     City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

_/s/ Craig Anthony Schlapprizzi_
Signature of Attorney/Plaintiff/Petitioner
_62309_
Bar No.
_211 N. Broadway, Suite 2430, St. Louis, MO 63102_
Address

By _____ _/s/ HEATHER BONETTI_
Deputy Clerk
           05-10-2019

_(314) 241-0763_          _(314) 241-0787_
Phone No.                  Fax No.

Date

CCADM62-WS    Rev. 08/16

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

**19SL-CC01849**

**In the**

# CIRCUIT COURT
## Of St. Louis County, Missouri

May 6, 2019
Date

⌐         ¬
      For File Stamp Only

__Kyle Wilson__
Plaintiff/Petitioner

Case Number

vs.

__The Boeing Company, et al__
Defendant/Respondent

Division

L         ⌐

---

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __plaintiff Kyle Wilson_____, pursuant
                             Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
__Polk County Sheriff, 222 5th Avenue, Des Moines, IA 50309_____ __515-286-3800__
Name of Process Server                   Address                                    Telephone

Name of Process Server                   Address or in the Alternative                        Telephone

Name of Process Server                   Address or in the Alternative                        Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties. This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                           SERVE:
__Carleton Life Support Systems Inc, R/A: Corporate Service Co.__
Name                                           Name
__505 5th Avenue, Ste 729__
Address                                         Address
__Des Moines, IA  50309__
City/State/Zip                                    City/State/Zip

SERVE:                                           SERVE:

Name                                           Name

Address                                         Address

City/State/Zip                                    City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

                                  __/s/ Craig Anthony Schlapprizzi__
                                  Signature of Attorney/Plaintiff/Petitioner
                                  __62309__
By_____       Bar No.
   Deputy Clerk                          __211 N. Broadway, Suite 2430, St. Louis, MO 63102__
                                  Address
                                  __(314) 241-0763__       __(314) 241-0787__
Date                                   Phone No.                       Fax No.

CCADM62-WS    Rev. 08/16

**19SL-CC01849**

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

**In the**

# CIRCUIT COURT
**Of St. Louis County, Missouri**

_Kyle Wilson_
Plaintiff/Petitioner

vs.

_The Boeing Company, et al_
Defendant/Respondent

May 6, 2019
Date

Case Number

Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now _plaintiff Kyle Wilson_ , pursuant

Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
_Polk County Sheriff, 222 5th Avenue, Des Moines, IA 50309_            _515-286-3800_
Name of Process Server                              Address                              Telephone

Name of Process Server                              Address or in the Alternative                     Telephone

Name of Process Server                              Address or in the Alternative                     Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:

_Carleton Life Support Systems Inc, R/A: Corporate Service Co._
Name
_505 5th Avenue, Ste 729_
Address
_Des Moines, IA 50309_
City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

Appointed as requested:

**JOAN M. GILMER**, Circuit Clerk

By _/s/ HEATHER BONETTI_
Deputy Clerk

_05-10-2019_
Date

_/s/ Craig Anthony Schlapprizzi_
Signature of Attorney/Plaintiff/Petitioner
_62309_
Bar No.
_211 N. Broadway, Suite 2430, St. Louis, MO 63102_
Address
_(314) 241-0763_            _(314) 241-0787_
Phone No.                              Fax No.

CCADM62-WS    Rev. 08/16

**19SL-CC01849**

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

 Kyle Wilson
Plaintiff/Petitioner

May 6, 2019
Date

vs.

 The Boeing Company, et al
Defendant/Respondent

Case Number

Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  plaintiff Kyle Wilson                                , pursuant
Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
 Rufus Harmon of Harmon Legal Process Service PO Box 1794, Jefferson City, MO 65102  573-635-6690
Name of Process Server                        Address                                Telephone

Name of Process Server                        Address or in the Alternative                Telephone

Name of Process Server                        Address or in the Alternative                Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:
The Boeing Company, R/A: CSC Lawyers Incorporating Service Company,
Name
   221 Bolivar Street
Address
 Jefferson City, MO 65101
City/State/Zip

SERVE:
 Boeing Aerospace Operations, Inc.
Name
   R/A: CSC-Lawyers Incorporating Service Company,   221 Bolivar Street
Address
 Jefferson City, MO 65101
City/State/Zip

SERVE:
 Cobham Advanced Electronic Solutions, Inc
Name
   R/A: CSC Lawyers Incorporating Service Co,  221 Boliver Street
Address
 Jefferson City, MO 65101
City/State/Zip

SERVE:
 Cobham Management Services Inc
Name
   R/A: CSC Lawyers Incorporating Service Co,  221 Bolivar Street
Address
 Jefferson City, MO 65101
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

 /s/ Craig Anthony Schlapprizzi
Signature of Attorney/Plaintiff/Petitioner
 62309
Bar No.
 211 N. Broadway, Suite 2430, St. Louis, MO 63102
Address
 (314) 241-0763          (314) 241-0787
Phone No.                        Fax No.

By
Deputy Clerk

Date

CCADM62-WS   Rev. 08/16

**19SL-CC01849**

Electronically Filed - St Louis County - May 06, 2019 - 04:23 PM

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

__Kyle Wilson__
Plaintiff/Petitioner

May 6, 2019
Date

vs.

__The Boeing Company, et al__
Defendant/Respondent

Case Number

Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __plaintiff Kyle Wilson_____, pursuant

Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
__Rufus Harmon of Harmon Legal Process Service PO Box 1794, Jefferson City, MO 65102  573-635-6690__

| Name of Process Server | Address | Telephone |
|---|---|---|

| Name of Process Server | Address or in the Alternative | Telephone |
|---|---|---|

| Name of Process Server | Address or in the Alternative | Telephone |
|---|---|---|

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
The Boeing Company, R/A: CSC Lawyers Incorporating Service Company,
Name
__221 Bolivar Street__
Address
__Jefferson City, MO 65101__
City/State/Zip

SERVE:
__Boeing Aerospace Operations, Inc.__
Name
R/A: CSC-Lawyers Incorporating Service Company,  221 Bolivar Street
Address
__Jefferson City, MO 65101__
City/State/Zip

SERVE:
__Cobham Advanced Electronic Solutions, Inc__
Name
R/A: CSC Lawyers Incorporating Service Co,  221 Boliver Street
Address
__Jefferson City, MO 65101__
City/State/Zip

SERVE:
__Cobham Management Services Inc__
Name
R/A: CSC Lawyers Incorporating Service Co,  221 Bolivar Street
Address
__Jefferson City, MO 65101__
City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

By _____ __/s/ HEATHER BONETTI_____
Deputy Clerk
05-10-2019

_____
Date

__/s/ Craig Anthony Schlapprizzi_____
Signature of Attorney/Plaintiff/Petitioner
__62309__
Bar No.
__211 N. Broadway, Suite 2430, St. Louis, MO 63102__
Address
__(314) 241-0763__          __(314) 241-0787__
Phone No.                              Fax No.

CCADM62-WS   Rev. 08/16



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number:  19SL-CC01849 |
|---|---|
| Plaintiff/Petitioner:<br>KYLE WILSON<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>CRAIG A SCHLAPPRIZZI<br>211 NORTH BROADWAY<br>SUITE 2430<br>SAINT LOUIS, MO  63102 |
| Defendant/Respondent:<br> THE BOEING COMPANY<br>DBA:  BOEING DEFENSE SPACE & SECURITY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | |
| | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to:  THE BOEING COMPANY<br>                     Alias:<br>                     DBA:  BOEING DEFENSE SPACE & SECURITY | |

**R/A: CSC LAWYERS INC. SERVICE**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO  65101**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

       **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**
       **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

    <u>10-MAY-2019</u>
        **Date**

                                                          **Clerk**
    **Further Information:**
    **HB**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
      Printed Name of Sheriff or Server                                      Signature of Sheriff or Server

              **Must be sworn before a notary public if not served by an authorized officer:**

              Subscribed and sworn to before me on _____ (date).

*(Seal)*

              My commission expires: _____    _____
                                      Date                              Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.   The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number:  19SL-CC01849 |
|---|---|
| Plaintiff/Petitioner:<br>KYLE WILSON | Plaintiff's/Petitioner's Attorney/Address<br>CRAIG A SCHLAPPRIZZI<br>211 NORTH BROADWAY<br>SUITE 2430<br>SAINT LOUIS, MO  63102 |
| vs. | |
| Defendant/Respondent:<br> THE BOEING COMPANY<br>DBA:   BOEING DEFENSE SPACE & SECURITY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | |
| | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to:   BOEING AEROSPACE OPERATIONS, INC<br>Alias:<br>DBA:   BOEING DEFENSE SPACE & SECURITY |
|---|

RA CSC LAWYERS INCORPORATING
SERVICE CO   221 BOLIVAR ST
JEFFERSON CITY, MO  65101

**COURT SEAL OF**



**ST. LOUIS COUNTY**

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>10-MAY-2019</u>
**Date**

_____
**Clerk**

**Further Information:**
**HB**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
          Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

_(Seal)_          My commission expires: _____          _____
                                                            Date                                      Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

---

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE")**: A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.   The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number:  19SL-CC01849** |
| Plaintiff/Petitioner:<br>KYLE WILSON | Plaintiff's/Petitioner's Attorney/Address<br>CRAIG A SCHLAPPRIZZI<br>211 NORTH BROADWAY<br>SUITE 2430<br>SAINT LOUIS, MO  63102 |
| **vs.** | |
| Defendant/Respondent:<br> THE BOEING COMPANY<br>DBA:   BOEING DEFENSE SPACE & SECURITY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | |
| | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:**  BOEING DEFENSE SPACE & SECURITY
　　　　　　　　　　　　　**Alias:**

R/A: OFFICE AGENT/MANAGING
AGENT  8900 FROST AVE #248
BERKELEY, MO 63134

*COURT SEAL OF*



*ST. LOUIS COUNTY*

　　　　　　You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
　　　　　　**SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

　　10-MAY-2019
　　　　**Date**

　　**Further Information:**
　　**HB**

_____
　　　　　　　　　　　　　　　　**Clerk**

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*　　Subscribed and sworn to before me on _____ (date).

　　　　My commission expires: _____
　　　　　　　　　　　　　　　　　　Date

_____
Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number:  19SL-CC01849 |
| Plaintiff/Petitioner:<br>KYLE WILSON<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>CRAIG A SCHLAPPRIZZI<br>211 NORTH BROADWAY<br>SUITE 2430<br>SAINT LOUIS, MO  63102 |
| Defendant/Respondent:<br> THE BOEING COMPANY<br>DBA:   BOEING DEFENSE SPACE & SECURITY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | <div align="right">(Date File Stamp)</div> |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to: | COBHAM ADVANCED ELECTRONIC SOLUTIONS, INC<br>Alias:<br>DBA:   COBHAM MISSION SYSTEMS<br>DBA:   CARLETON LIFE SUPPORT SYSTEMS INC<br>DBA:   COBHAM LIFE SUPPORT |

R/A CSC LAWYERS INCORP SERVICE
221 BOLIVER STREET
JEFFERSON CITY, MO  65101



COURT SEAL OF

ST. LOUIS COUNTY

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

__10-MAY-2019__
Date

_____
Clerk

Further Information:
HB

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                              Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

(Seal)          Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                            Date                                          Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number:  19SL-CC01849** |
| Plaintiff/Petitioner:<br>KYLE WILSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CRAIG A SCHLAPPRIZZI<br>211 NORTH BROADWAY<br>SUITE 2430<br>SAINT LOUIS, MO  63102 |
| Defendant/Respondent:<br> THE BOEING COMPANY<br>DBA:   BOEING DEFENSE SPACE & SECURITY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | |
| | (Date File Stamp) |

## Summons in Civil Case

| |
|---|
| **The State of Missouri to:   COBHAM MANAGEMENT SERVICES INC.**<br>**Alias:**<br>**DBA:   COBHAM MISSION SYSTEMS**<br>**DBA:   CARLETON LIFE SUPPORT SYSTEMS INC**<br>**DBA:   COBHAM LIFE SUPPORT**<br>**R/A CSC LAWYERS INCORP SERVICE**<br>**221 BOLIVAR ST**<br>**JEFFERSON CITY, MO  65101** |



*COURT SEAL OF*

*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>10-MAY-2019</u>
**Date**

_____ /Clerk

**Further Information:**
**HB**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
        Printed Name of Sheriff or Server                                     Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                                Date                                                         Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number:  19SL-CC01849 |
|---|---|
| Plaintiff/Petitioner:<br>KYLE WILSON | Plaintiff's/Petitioner's Attorney/Address:<br>CRAIG A SCHLAPPRIZZI<br>211 NORTH BROADWAY<br>SUITE 2430<br>**vs.** SAINT LOUIS, MO  63102 |
| Defendant/Respondent:<br>THE BOEING COMPANY<br>DBA:  BOEING DEFENSE SPACE & SECURITY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| The State of Missouri to:  CARLETON LIFE SUPPORT SYSTEMS, INC |
|---|

 Alias:
 DBA:  COBHAM MISSION SYSTEMS

R/A CORPORATE SERVICE CO
505 5TH AVENUE STE 729
DES MOINES, IA  50309

*COURT SEAL OF*



*ST. LOUIS COUNTY*

  You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
  **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>10-MAY-2019</u>
**Date**
**Further Information:**
**HB**

_____
 **Clerk**

### Officer's or Server's Affidavit of Service

I certify that:
1.   I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.   My official title is _____ of _____ County, _____ (state).
3.   I have served the above summons by:  (check one)
      ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
    ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
      _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently
      resides with the Defendant/Respondent.

      ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
      _____ (name) _____ (title).
      ☐ other (describe) _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).
_____   _____
    Printed Name of Sheriff or Server           Signature of Sheriff or Server
              **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
              I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                              ☐ the judge of the court of which affiant is an officer.
                              ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                                 (use for out-of-state officer)
*(Seal)*                       ☐ authorized to administer oaths.  (use for court-appointed server)

_____
         Signature and Title

| **Service Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____miles @ $_____ per mile) |
| **Total** | $_____ |

*See the following page for directions to clerk and to officer making return on service of summons.*

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made:  (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process;  (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally;  (3)  On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.   Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number:  19SL-CC01849 |
|---|---|
| Plaintiff/Petitioner:<br>KYLE WILSON | Plaintiff's/Petitioner's Attorney/Address:<br>CRAIG A SCHLAPPRIZZI<br>211 NORTH BROADWAY<br>SUITE 2430<br>**vs.**  SAINT LOUIS, MO  63102 |
| Defendant/Respondent:<br>THE BOEING COMPANY<br>DBA:  BOEING DEFENSE SPACE & SECURITY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

 The State of Missouri to:  CARLETON TECHNOLOGIES INC.
                 Alias:
                 DBA:   COBHAM MISSION SYSTEMS

C/O CORPORATION SERVICE CO
80 STATE STREET
ALBANY, NY  12207-2543

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.**
  **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

      10-MAY-2019
      **Date**                                                              **Clerk**
      **Further Information:**
      **HB**

### Officer's or Server's Affidavit of Service

I certify that:
1.   I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.   My official title is _____ of _____ County, _____ (state).
3.   I have served the above summons by:  (check one)
         ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
  ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
     _____ , a person of the Defendant's/Respondent's family over the age of 15 years who permanently
     resides with the Defendant/Respondent.

         ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
     _____ (name) _____ (title).
         ☐ other (describe) _____ .
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).
_____          _____
       Printed Name of Sheriff or Server                     Signature of Sheriff or Server
             **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
             I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
                              ☐ the judge of the court of which affiant is an officer.
                              ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                                 (use for out-of-state officer)
                              ☐ authorized to administer oaths.  (use for court-appointed server)
   *(Seal)*
                                                  _____
                                                         Signature and Title

| **Service Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____miles @ $ _____ per mile) |
| **Total** | $_____ | |

*See the following page for directions to clerk and to officer making return on service of summons.*

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made:  (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process;  (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally;  (3)  On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

## THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Electronically Filed - St Louis County - May 15, 2019 - 05:03 PM

IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY
STATE OF MISSOURI

|  |  |  |
|---|---|---|
| **KYLE WILSON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No: 19SL-CC01849 |
| vs. | ) | |
| | ) | Division: 18 |
| **THE BOEING COMPANY**, *et al* | ) | |
| | ) | **PRODUCTS LIABILITY/STRICT** |
| | ) | **LIABILITY/NEGLIGENCE** |
| Defendants | ) | |
| | ) | **JURY TRIAL DEMANDED** |

**MEMORANDUM FOR THE CLERK**

Return of Special Process Server Mark Smith of Markell & Associates for service of

Summons and Petition upon Defendant The Boeing Company, d/b/a Boeing Defense Space &

Security, by serving Registered Agent via personal service on Karen Anderson, Person in charge;

therefore, $125.00 costs taxed in favor of Plaintiff.

DONALD L. SCHLAPPRIZZI, P.C.
Attorneys for Plaintiff

*/s/ Craig Anthony Schlapprizzi* _____
By:     Craig Anthony Schlapprizzi, #62309
211 N. Broadway, Suite 2430
St. Louis, Missouri  63102
(314) 241-0763
(314) 241-0787 (fax)
craig@schlapprizzipc.com

Electronically Filed - St Louis County - May 15, 2019 - 05:03 PM

## AFFIDAVIT OF RETURN OF SERVICE

COUNTY OF ST. LOUIS )           RE     KYLE WILSON  v.  THE
                                       BOEING COMPANY d/b/a
                                       BOEING DEFENSE SPACE &
                                       SECURITY
                                       Circuit Court-St. Louis County
                                       State of Missouri
                                       Case No. 19SL-CC01849

Mark B. Smith, of Markell & Associates, Inc., being duly sworn upon his oath,

states that he is over the age of 21 years; that he is a disinterested party to this action;; that

he served a copy of the attached Summons and Petition on defendant The Boeing

Company d/b/a Boeing Defense Space & Security , by personal service on Karen

Anderson, Designee/Person-In-Charge, at 100 Airport Rd., Bldg. 100, St. Louis, Missouri

63135 on May 13, 2019, 2:24 p.m.

MARKELL & ASSOCIATES, INC.

Mark B. Smith

Private Investigator
State of Missouri
License #2010019303

Private Detective
State of Illinois
License #115.001875

Subscribed to and sworn before me, a Notary Public on this 14th of May, 2019.

Notary Public

KERRY STOCHL
My Commission Expires
March 20, 2021
Franklin County
Commission #13497041

NOTARY
SEAL
NOTARY PUBLIC
STATE OF MISSOURI

Electronically Filed - St Louis County - May 15, 2019 - 05:03 PM



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number:  19SL-CC01849 |
| Plaintiff/Petitioner:<br>KYLE WILSON | Plaintiff's/Petitioner's Attorney/Address<br>CRAIG A SCHLAPPRIZZI<br>211 NORTH BROADWAY<br>SUITE 2430<br>SAINT LOUIS, MO  63102 |
| vs. | |
| Defendant/Respondent:<br>THE BOEING COMPANY<br>DBA:  BOEING DEFENSE SPACE & SECURITY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  BOEING DEFENSE SPACE & SECURITY
   Alias:
R/A: OFFICE AGENT/MANAGING
AGENT  8900 FROST AVE #248
BERKELEY, MO 63134

*COURT SEAL OF*



*ST. LOUIS COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

10-MAY-2019
Date

_____ Clerk

Further Information:
HB

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).
☐ other _____
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
   Printed Name of Sheriff or Server                Signature of Sheriff or Server

            **Must be sworn before a notary public if not served by an authorized officer:**
*(Seal)*        Subscribed and sworn to before me on _____ (date).

My commission expires: _____        _____
                           Date                          Notary Public

Electronically Filed - St. Louis County - May 15, 2019 - 05:03 PM

**5 0 0 +**
**Y E A R S  O F  E X P E R I E N C E D  P E R S O N N E L  E S T  1 9 7 8**



## Markell & Associates, Inc.

*Exemplary Legal Services*

2300 WEST PORT PLAZA DRIVE, SUITE 202
ST. LOUIS, MISSOURI 63146
**(314) 469-5555**  FAX (314) 469-7338
markellservices@charter.net
www.markellegal.com
FEIN: 43-1167329

May 14, 2019

Craig A. Schlapprizzi, Esq.
Donald L. Schlapprizzi, P.C.
Metropolitan Square
211 North Broadway, Ste 2430
St. Louis, Missouri 63102
**Attn: Sara Balsitis**

**INVOICE # DSA0310**

**RE:   KYLE WILSON  v.  THE BOEING COMPANY d/b/a BOEING DEFENSE
          SPACE & SECURITY**

Service of Summons and Petition on defendant The Boeing Company d/b/a Boeing
Defense Space & Security , by personal service on Karen Anderson, Designee/Person-In-
Charge, at 100 Airport Rd., Bldg. 100, St. Louis, Missouri 63135 on May 13, 2019, 2:24
p.m.; Affidavit of Return of Service enclosed.

**TOTAL: $125.00**

**INVOICE DUE UPON RECEIPT**

*P R O C E S S   S E R V I C E*
*L E G A L   P H O T O G R A P H Y*
*S K I P   T R A C E   S P E C I A L I S T S*


QUALITY
ASSURANCE

**AFFIDAVITS OF SERVICE SPANNING FIVE CONTINENTS
DECADES OF RENOWNED DILIGENCE AND RELIABILITY**

Electronically Filed - St Louis County - May 23, 2019 - 03:16 PM

IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY
STATE OF MISSOURI

**KYLE WILSON**                                  )
                                                 )
      Plaintiff,                        )
                                                 )   Cause No: 19SL-CC01849
vs.                                              )
                                                 )   Division: 18
**THE BOEING COMPANY,** *et al*                  )
                                                 )   **PRODUCTS LIABILITY/STRICT**
                                                 )   **LIABILITY/NEGLIGENCE**
      Defendants                        )
                                                 )   **JURY TRIAL DEMANDED**

## MEMORANDUM FOR THE CLERK

Return of Special Process Server Rufus Harmon of Harmon Legal Process Service for service of Summons and Petition upon Defendants Cobham Management Services, Inc, The Boeing Company, d/b/a Boeing Defense Space & Security, Cobham Advanced Electronic Solutions, Inc, and Boeing Aerospace Operations, Inc. by serving Registered Agent via personal service on Lauren Shipley, Person in charge; therefore, $125.00 costs taxed in favor of Plaintiff.

DONALD L. SCHLAPPRIZZI, P.C.
Attorneys for Plaintiff

*/s/ Craig Anthony Schlapprizzi*
By:    Craig Anthony Schlapprizzi, #62309
211 N. Broadway, Suite 2430
St. Louis, Missouri  63102
(314) 241-0763
(314) 241-0787 (fax)
craig@schlapprizzipc.com

Electronically Filed - St Louis County - May 23, 2019 - 03:16 PM



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 19SL-CC01849 |
|---|---|
| Plaintiff/Petitioner:<br>KYLE WILSON | Plaintiff's/Petitioner's Attorney/Address<br>CRAIG A SCHLAPPRIZZI<br>211 NORTH BROADWAY<br>SUITE 2430<br>SAINT LOUIS, MO 63102 |
| vs. | |
| Defendant/Respondent:<br>THE BOEING COMPANY<br>DBA: BOEING DEFENSE SPACE & SECURITY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: BOEING AEROSPACE OPERATIONS, INC
                Alias:
                DBA: BOEING DEFENSE SPACE & SECURITY

RA CSC LAWYERS INCORPORATING
SERVICE CO 221 BOLIVAR ST
JEFFERSON CITY, MO 65101



COURT SEAL OF

ST. LOUIS COUNTY

        **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**
        **SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>10-MAY-2019</u>
Date

Further Information:
HB

_____
Clerk

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_Lauren Shipley_ (name) _Authorized Agent_ (title).

☐ other _____

Served at _221 Bolivar St. Jefferson City MO_ (address)
in _Cole_ (County/City of St. Louis), MO, on _5-13-19_ (date) at _12:15 pm_ (time).

_Rufus R. Harmon_       _Rufus R. Harmon_
Printed Name of Sheriff or Server       Signature of Sheriff or Server

       **Must be sworn before a notary public if not served by an authorized officer:**

(Seal)      Subscribed and sworn to before me on _05-22-2019_ (date).

My commission expires: _03-03-2021_ _____
          Date                Notary Public

DONNA R. MEYR
Notary Public - Notary Seal
STATE OF MISSOURI
Commissioned for Cole County
Commission No. 13435325
My Commission Expires 3/3/2021

Electronically Filed - St Louis County - May 23, 2019 - 03:16 PM

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $    10.00 | |
| Mileage | $ | (_____ miles @ $._____ per mile) |
| Total | $ | |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St Louis County - May 23, 2019 - 03:16 PM

HARMON LEGAL PROCESS SERVICE
P.O. Box 1794
Jefferson City, MO 65102-1794
Phone: (573) 635-6690
Fax: (573) 635-2339
46-3172219

## INVOICE

Invoice #RRH-2019000717
5/13/2019



Sara Balsitis
DONALD L. SCHLAPPRIZZI, P.C.
211 North Broadway
Suite 2430
St. Louis, MO 63102

**Case Number: St. Louis 19SL-CC01849**

Plaintiff:
**KYLE WILSON**

Defendant:
**THE BOEING COMPANY, DBA:  BOEING DEFENSE SPACE & SECURITY**

Served: 5/13/2019 12:15 pm
To be served on: Boeing Aerospace Operations, Inc. c/o CSC

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service of Summons in Jefferson City, Mo. | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |

**BALANCE DUE:**          **$25.00**

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Electronically Filed - St Louis County - May 23, 2019 - 03:16 PM



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 19SL-CC01849 |
|---|---|
| Plaintiff/Petitioner:<br><br>KYLE WILSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CRAIG A SCHLAPPRIZZI<br>211 NORTH BROADWAY<br>SUITE 2430<br>SAINT LOUIS, MO 63102 |
| Defendant/Respondent:<br> THE BOEING COMPANY<br>DBA:  BOEING DEFENSE SPACE & SECURITY<br>Nature of Suit:<br>CC Pers Injury-Prod Liab | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105<br><br><br>                                                        (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to:  COBHAM MANAGEMENT SERVICES INC.
Alias:
DBA:  COBHAM MISSION SYSTEMS
DBA:  CARLETON LIFE SUPPORT SYSTEMS INC
DBA:  COBHAM LIFE SUPPORT

R/A CSC LAWYERS INCORP SERVICE
221 BOLIVAR ST
JEFFERSON CITY, MO  65101



COURT SEAL OF

ST. LOUIS COUNTY

     You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
     SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>10-MAY-2019</u>
Date

Further Information:
HB

_____
Clerk

#### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to Laaron Shipley (name) Authorized Agent (title).

☐ other _____

Served at 221 Bolivar St. Jefferson City, Mo (address)
in Cole (County/City of St. Louis), MO, on 5-13-19 (date) at 12:15 pm (time).

Rufus R. Harmon                          Rufus R. Harmon
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on 05-22-2019 (date).

(Seal)

My commission expires: 03-03-2021          Donna R. Meyr
                        Date                Notary Public

DONNA R. MEYR
Notary Public - Notary Seal
STATE OF MISSOURI
Commissioned for Cole County
Commission No. 13435325
My Commission Expires 3/3/2021

OSCA (7-99) SM30  (SMCC) *For Court Use Only: Document ID# 19-SMCC-4175*     1     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                                                54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - St Louis County - May 23, 2019 - 03:16 PM

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St. Louis County - May 23, 2019 - 03:16 PM

HARMON LEGAL PROCESS SERVICE
P.O. Box 1794
Jefferson City, MO 65102-1794
Phone: (573) 635-6690
Fax: (573) 635-2339
46-3172219

### INVOICE

Invoice #RRH-2019000715
5/13/2019



Sara Balsitis
DONALD L. SCHLAPPRIZZI, P.C.
211 North Broadway
Suite 2430
St. Louis, MO 63102

**Case Number: St. Louis 19SL-CC01849**

Plaintiff:
**KYLE WILSON**

Defendant:
**THE BOEING COMPANY, DBA:  BOEING DEFENSE SPACE & SECURITY**

Served: 5/13/2019 12:15 pm
To be served on: Cobham Management Services, Inc. c/o CSC

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service of Summons in Jefferson City, Mo. | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |

**BALANCE DUE:** **$25.00**

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Electronically Filed - St Louis County - May 23, 2019 - 03:16 PM



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division: | Case Number: 19SL-CC01849 |
|---|---|
| ELLEN HANNIGAN RIBAUDO | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| KYLE WILSON | CRAIG A SCHLAPPRIZZI |
| | 211 NORTH BROADWAY |
| | SUITE 2430 |
| vs. | SAINT LOUIS, MO 63102 |
| Defendant/Respondent: | Court Address: |
| THE BOEING COMPANY | ST LOUIS COUNTY COURT BUILDING |
| DBA:  BOEING DEFENSE SPACE & SECURITY | 105 SOUTH CENTRAL AVENUE |
| Nature of Suit: | CLAYTON, MO 63105 |
| CC Pers Injury-Prod Liab | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to:  THE BOEING COMPANY
Alias:
DBA:  BOEING DEFENSE SPACE & SECURITY

R/A: CSC LAWYERS INC. SERVICE
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101



**COURT SEAL OF**

**ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>10-MAY-2019</u>
Date

_____ Clerk

Further Information:
HB

---

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_Lauren Shipley_ (name) _Authorized Agent_ (title).

☐ other _____

Served at _221 Bolivar St. Jefferson City, Mo_ (address)

in _Cole_ (County/City of St. Louis), MO, on _5-13-19_ (date) at _12:15 pm_ (time).

_Rufus R. Haumon_                          _Rufus R. Haumon_
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _05-22-2019_ (date).

(Seal)

My commission expires: _03-03-2021_                 _Donna R. Meyr_
Date                                                  Notary Public

DONNA R. MEYR
Notary Public - Notary Seal
STATE OF MISSOURI
Commissioned for Cole County
Commission No. 13435325
My Commission Expires 3/3/2021

Electronically Filed - St Louis County - May 23, 2019 - 03:16 PM

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | . |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | . |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St Louis County - May 23, 2019 - 03:16 PM

HARMON LEGAL PROCESS SERVICE
P.O. Box 1794
Jefferson City, MO 65102-1794
Phone: (573) 635-6690
Fax: (573) 635-2339
46-3172219

## INVOICE

Invoice #RRH-2019000714
5/13/2019



Sara Balsitis
DONALD L. SCHLAPPRIZZI, P.C.
211 North Broadway
Suite 2430
St. Louis, MO 63102

**Case Number: St. Louis 19SL-CC01849**

Plaintiff:
**KYLE WILSON**

Defendant:
**THE BOEING COMPANY, DBA:  BOEING DEFENSE SPACE & SECURITY**

Served: 5/13/2019 12:15 pm
To be served on: The Boeing Company c/o CSC

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service of Summons in Jefferson City, Mo. | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $50.00 |
| **BALANCE DUE:** | | | **$50.00** |

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Electronically Filed - St Louis County - May 23, 2019 - 03:16 PM



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 19SL-CC01849 |
|---|---|
| Plaintiff/Petitioner:<br>KYLE WILSON | Plaintiff's/Petitioner's Attorney/Address<br>CRAIG A SCHLAPPRIZZI<br>211 NORTH BROADWAY<br>SUITE 2430<br>SAINT LOUIS, MO 63102 |
| vs. | |
| Defendant/Respondent:<br>THE BOEING COMPANY<br>DBA: BOEING DEFENSE SPACE & SECURITY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: COBHAM ADVANCED ELECTRONIC SOLUTIONS, INC
      Alias:
      DBA: COBHAM MISSION SYSTEMS
      DBA: CARLETON LIFE SUPPORT SYSTEMS INC
      DBA: COBHAM LIFE SUPPORT

R/A CSC LAWYERS INCORP SERVICE
221 BOLIVER STREET
JEFFERSON CITY, MO 65101

**COURT SEAL OF**



**ST. LOUIS COUNTY**

      You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
      SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>10-MAY-2019</u>
Date

_____
Clerk

Further Information:
HB

#### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_Lauren Shipley_ (name) _Authorized Agent_ (title).
☐ other _____

Served at _221 Boliver St. Jefferson City Mo_ (address)
in _Cole_ (County/City of St. Louis), MO, on _5-13-19_ (date) at _12:15 pm_ (time).

_Rufus R. Harmon_                    _Rufus R. Harmon_
Printed Name of Sheriff or Server            Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _05-22-2019_ (date).

(Seal)

My commission expires: _03-03-2021_        _Donna R. Meyr_
               Date                Notary Public

DONNA R. MEYR
Notary Public - Notary Seal
STATE OF MISSOURI
Commissioned for Cole County
Commission No. 13435325
My Commission Expires 3/3/2021

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* Document ID# 19-SMCC-4174   1   (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                        54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - St Louis County - May 23, 2019 - 03:16 PM

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St Louis County - May 23, 2019 - 03:16 PM

HARMON LEGAL PROCESS SERVICE
P.O. Box 1794
Jefferson City, MO 65102-1794
Phone: (573) 635-6690
Fax: (573) 635-2339
46-3172219

## **INVOICE**

Invoice #RRH-2019000716
5/13/2019



Sara Balsitis
DONALD L. SCHLAPPRIZZI, P.C.
211 North Broadway
Suite 2430
St. Louis, MO 63102

**Case Number: St. Louis 19SL-CC01849**

Plaintiff:
**KYLE WILSON**

Defendant:
**THE BOEING COMPANY, DBA:  BOEING DEFENSE SPACE & SECURITY**

Served: 5/13/2019 12:15 pm
To be served on: Cobham Advanced Electronic Solutions, Inc. c/o CSC

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service of Summons in Jefferson City, Mo. | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$25.00** |

Electronically Filed - St Louis County - May 24, 2019 - 03:30 PM

IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY
STATE OF MISSOURI

**KYLE WILSON**               )
                           )
        Plaintiff,       )
                           )     Cause No: 19SL-CC01849
vs.                     )
                           )     Division: 18
**THE BOEING COMPANY,** *et al*  )
                           )     **PRODUCTS LIABILITY/STRICT**
                           )     **LIABILITY/NEGLIGENCE**
        Defendants    )
                           )     **JURY TRIAL DEMANDED**

## <u>MEMORANDUM FOR THE CLERK</u>

Return of Service by the Sheriff of Polk County, Iowa for service of Summons and

Petition upon Defendant Carleton Life Support Systems, Inc. by serving Registered Agent via

personal service on Jerri Peterzalek, Person in charge on May 21, 2019; therefore, $80.00 costs

taxed in favor of Plaintiff.

                                 DONALD L. SCHLAPPRIZZI, P.C.
                                 Attorneys for Plaintiff

                                 */s/ Craig Anthony Schlapprizzi* _____
                                 By:    Craig Anthony Schlapprizzi, #62309
                                 211 N. Broadway, Suite 2430
                                 St. Louis, Missouri  63102
                                 (314) 241-0763
                                 (314) 241-0787 (fax)
                                 craig@schlapprizzipc.com

Electronically Filed - St Louis County - May 24, 2019 - 03:30 PM

# RETURN OF SERVICE

## In the Missouri District Court For ST LOUIS COUNTY

Case Name:   KYLE WILSON
            vs
            THE BOEING COMPANY ETAL

Case No.:   19SL CC01849    Sheriff's File No.:  19018651
Notice rec'd :  5/17/2019

## STATE OF IOWA POLK COUNTY } SS.

I certify that I served a copy of :  SUMMONS/PETITION JURY TRIAL DEMANDED

to    CARLETON LIFE SUPPORT SYSTEMS INC    Type of service:  REGISTERED AGENT

by delivering a copy to:  Jerri peterzalek

a person at least 18 years of age  described as  AGENT AUTHORIZED TO ACCEPT

Address of service:  REG AGENT: CORP SERVICE CO 505 5TH AVENUE STE 729 DES MOINES, IA 50309

Date and time of service:  5/21/2019 12:12 PM
Trips:
 There are no additional service attempts

Reason: ,

**FEES:**

MILEAGE FEE ($1.16)
PROCESSING FEE ($30.00)
Total:$31.16

**KEVIN J. SCHNEIDER       Sheriff**

**Polk County, Iowa**

JEREMY STONE   **Deputy/Server**

Electronically Filed - St. Louis County - May 24, 2019 - 03:30 PM

**DONALD L. SCHLAPPRIZZI, P.C.**
Metropolitan Square
211 North Broadway, Suite 2430
St. Louis, Missouri 63102
314-241-0763



18-69/1010

259458

5/13/2019

PAY TO THE
ORDER OF     Polk County Sheriff                                                                          $  **80.00

Eighty and 00/100**********************************************************************************************  DOLLARS

Polk County Sheriff
Justice Center
222 5th Avenue
Des Moines, IA 50309

MEMO   Service of Summons & Petition

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK: TOUCHION PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈259458⑈ ⑆101000695⑆      ⑈987146120311⑈

---

DONALD L. SCHLAPPRIZZI, P.C.                                          259458

Polk County Sheriff                                    5/13/2019

Service of Summons & Petition                               80.00

Checking          Service of Summons & Petition                        80.00

DONALD L. SCHLAPPRIZZI, P.C.                                          259458

Polk County Sheriff                                    5/13/2019

Service of Summons & Petition                               80.00

Checking          Service of Summons & Petition                        80.00

Safeguard   SF5001-1   H7N0 USA   5F51.1 CX759311L        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 314-991-1977   C328MR0010000   B18SF008427

Electronically Filed - St Louis County - May 24, 2019 - 03:30 PM



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number:  19SL-CC01849 |
| Plaintiff/Petitioner:<br>KYLE WILSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>CRAIG A SCHLAPPRIZZI<br>211 NORTH BROADWAY<br>SUITE 2430<br>SAINT LOUIS, MO  63102 |
| Defendant/Respondent:<br>THE BOEING COMPANY<br>DBA:  BOEING DEFENSE SPACE & SECURITY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  CARLETON LIFE SUPPORT SYSTEMS, INC
　　　　　　　　　Alias:
　　　　　　　　　DBA:  COBHAM MISSION SYSTEMS
R/A CORPORATE SERVICE CO
505 5TH AVENUE STE 729
DES MOINES, IA  50309



*COURT SEAL OF*

*ST. LOUIS COUNTY*

　　　You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
　　　SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

**10-MAY-2019**
Date　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk
**Further Information:**
**HB**

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
　　☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
　☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

　　☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
　　☐ other (describe) _____
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____　　　　　　　_____
Printed Name of Sheriff or Server　　　　　　Signature of Sheriff or Server
　　　　　Subscribed and Sworn To me before this _____ (day) _____ (month) _____ (year)
　　　I am: (check one)　☐ the clerk of the court of which affiant is an officer.
　　　　　　　　　　　☐ the judge of the court of which affiant is an officer.
*(Seal)*　　　　　　　☐ authorized to administer oaths in the state in which the affiant served the above summons.
　　　　　　　　　　　　(use for out-of-state officer)
　　　　　　　　　　　☐ authorized to administer oaths.  (use for court-appointed server)

_____
Signature and Title

Electronically Filed - St Louis County - May 24, 2019 - 03:30 PM

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____miles @ $ _____ per mile) |
| Total | $_____ |

See the following page for directions to clerk and to officer making return on service of summons.

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States. If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

Electronically Filed - St Louis County - May 29, 2019 - 03:52 PM

IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY
STATE OF MISSOURI

**KYLE WILSON**                         )
                                        )
          Plaintiff,                    )
                                        )          Cause No: 19SL-CC01849
vs.                                     )
                                        )          Division: 18
**THE BOEING COMPANY,** *et al*         )
                                        )          **PRODUCTS LIABILITY/STRICT**
                                        )          **LIABILITY/NEGLIGENCE**
          Defendants                    )
                                        )          **JURY TRIAL DEMANDED**

## MEMORANDUM FOR THE CLERK

Return of Sheriff of Albany County, New York for service of Summons and Petition

upon Defendant Carleton Technologies, Inc, by serving Registered Agent Litigation

Management CSC on May 21, 2019; therefore, $20.00 costs taxed in favor of Plaintiff.

DONALD L. SCHLAPPRIZZI, P.C.
Attorneys for Plaintiff

*/s/ Craig Anthony Schlapprizzi*
By:     Craig Anthony Schlapprizzi, #62309
211 N. Broadway, Suite 2430
St. Louis, Missouri  63102
(314) 241-0763
(314) 241-0787 (fax)
craig@schlapprizzipc.com

Electronically Filed - St Louis County - May 29, 2019 - 03:52 PM

# ALBANY COUNTY SHERIFF'S OFFICE

**County Court House Albany, New York 12207 (518) 487-5400**
**WWW.ALBANYCOUNTYSHERIFF.COM**



**MICHAEL S. MONTELEONE**
UNDERSHERIFF

**CRAIG D. APPLE, SR.**
SHERIFF

**KERRY B. THOMPSON**
CHIEF DEPUTY

**WILLIAM M. RICE**
CHIEF DEPUTY

**LEON A. BORMANN**
CHIEF DEPUTY

ST LOUIS CO 21ST JUDICIAL CIRCUIT COURT

State of New York

**CERTIFICATE OF SERVICE**
**CORPORATE SERVICE**

KYLE WILSON

vs.

THE BOEING COMPANY ETAL

Index Number - 19SL-CC01849

Sheriff File Number – 19002274

I certify that I am an Albany County Deputy Sheriff and that I am not a party to the above-entitled action. I further certify that I made service of the within described papers upon CARLETON TECHNOLOGIES, INC., the defendant in the following manner.

Papers Served:          SUMMONS AND PETITION

Address Where          80 STATE STREET
                       C/O CORP SERVICE CO
Service was Made:       ALBANY, NY 12207

Date and Time
Of Service             5/21/2019 at 12:52 PM

CORPORATION

By delivering to and leaving with <u>LITIGATION MANAGEMENT CSC</u> the <u>REPRESENTATIVE</u> for CARLETON TECHNOLOGIES, INC., personally a true copy thereof.

STATUTORY FEE

At the time of service, a statutory fee of _____ was also left with the person mentioned and described herein.

DESCRIPTION          The person served was approximately: Skin Color: White,  Hair Color: ORANGE,
                     Gender: Male  Height: 6' 0"  Weight: 225  Age: 30 .

Dated:
Tuesday, May 21, 2019

JOHN LAWRENCE
DEPUTY SHERIFF

Electronically Filed - St. Louis County - May 29, 2019 - 03:52 PM

**DONALD L. SCHLAPPRIZZI, P.C.**
Metropolitan Square
211 North Broadway, Suite 2430
St. Louis, Missouri 63102
314-241-0763

**UMB**
BANKS

18-69/1010

259459

5/13/2019

PAY TO THE
ORDER OF     Albany County Sheriff                                                                $ **20.00

Twenty and 00/100************************************************************************************************************************

                                                                                                      DOLLARS

Albany County Sheriff
16 Eagle Street
Rm 79
Albany, NY 12207

MEMO
Service of Summons & Petition

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈259459⑈ ⑆101000695⑆

---

DONALD L. SCHLAPPRIZZI, P.C.                                                       259459
   Albany County Sheriff
                           Service of Summons & Petition        5/13/2019
                                                                                      20.00

Checking            Service of Summons & Petition                                   20.00

DONALD L. SCHLAPPRIZZI, P.C.                                                       259459
   Albany County Sheriff
                           Service of Summons & Petition        5/13/2019
                                                                                      20.00

Checking            Service of Summons & Petition                                   20.00

Safeguard   SF5001-1   LITHO USA   SFSL1   CX7S03111L        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 314-991-1977        C928MR0010000   B185F008427